*Per Curiam.* Take your motion on payment of costs.

### George Codwise and others v. John Hacker.

THE defendant in this cause, without any previous rule for trying it by proviso, gave a simple notice that he should bring it on, but inserted a proviso clause in the *venire*. Under these circumstances he obtained a nonsuit at the last term, to set aside which, application was now made on behalf of the plaintiff, who did not notice for trial ; the court, however, refused the motion in consequence of the proviso clause being inserted in the *venue*, but at the same time made the following general rule.

*Ordered*, that hereafter the defendant shall not try a cause by proviso, without a previous rule for that purpose, to be granted by the court on the usual notice.

## MAY TERM, 1805.

### Stephen Brown v. Caleb Smith.

ON *certiorari* from a justice's court, in trespass *quare clausum fregit*, the errors relied on were, 1st. That the verdict being for one mill, no judgment